IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NOE GARCIA RENDON,<br>   Plaintiff,<br>v.<br><br>BREXTON TELL JENSEN AND CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS (LDS CHURCH)<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. _____ |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant **THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE (hereinafter "CHC")** removes this civil action based on diversity jurisdiction. Defendant is diverse in citizenship from Plaintiff and this notice is filed within 30 days of receiving a "paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

**PROCEDURAL BACKGROUND**

1. Plaintiff NOE GARCIA RENDON ("Plaintiff") filed this action on February 26, 2025, against CHC and against BREXTON TELL JENSEN in the 332nd Judicial District Court of Hidalgo County, Texas. That case was docketed under cause number C-0947-25-F (the "State Court Action").

2. CHC has been served and has filed an Answer in the State Court Action.

3. Brexton Tell Jensen has not yet been served.

4. CHC timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to remove the State Court Action from the 332nd Judicial District Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

5. This personal injury lawsuit arises out of a motor vehicle accident that occurred on August 3, 2024. *See* Plaintiff's Original Pet. at ¶ IV, attached as Exhibit 1-A. Plaintiff, Noe Garcia Rendon, alleges that he was passing Defendant Brexton Tell Jensen on the left side of the road when Mr. Jensen suddenly and without signaling turned left and collided with Plaintiff. *See id*. Plaintiff alleges various claims arising out of negligence, including a claim of negligent entrustment of the vehicle by CHC to Mr. Jensen. *See id*. at ¶ V

6. Plaintiff has further alleged claims of gross negligence against both Defendants. *See generally id*. at Section V.

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

7. This matter is removable to this Court under 28 U.S.C. § 1441 because the Court has original jurisdiction under 28 U.S.C. § 1332(a)(3) based on diversity of citizenship and an amount in controversy exceeding $75,000, exclusive of interest and costs.

### *Amount in Controversy*

8. Pursuant to 28 U.S.C. § 1446(c)(2), if removal is sought based on diversity jurisdiction under 28 U.S.C. § 1332, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." In his Petition, Plaintiff pleads that he has suffered losses and damages in a sum that exceeds the minimum jurisdictional limits of the Court, which in this case exceeds One Million ($1,000,000.00) Dollars..." *See* Ex. 1-I at ¶ VI. The amount in controversy thus far exceeds the $75,000 jurisdictional minimum of this Court.

### *Diversity of Citizenship*

9. There is complete diversity between Plaintiff and both Defendants in this action.

10. At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas. *See id.* at ¶ II.

11. Defendant THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE is incorporated under Utah law and maintains its principal place of business in Salt Lake City, Utah thereby making it a citizen of Utah for diversity purposes.

12. Although currently unserved, Defendant Brexton Tell Jensen is an individual with a permanent residence in Utah, where he intends to return after completing his temporary volunteer missionary assignment in South Texas. He is, therefore, a citizen of Utah for diversity purposes. While no consent is required of Mr. Jensen, Mr. Jensen has nevertheless consented to this removal as demonstrated by the attached Unsworn Declaration.

13. Therefore, there is complete diversity between Plaintiff and all Defendants.

*Removal is timely*

14. This Notice of Removal is timely as it comes fewer than "thirty days after receipt by the defendant of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

### CONSENT

15. All defendants in this action have consented to this removal.

### REMOVAL IS PROCEDURALLY CORRECT

16. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action is pending.

17. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed as Exhibit 1-A through 1-G).

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of Defendant's Notice of Removal was promptly given to all parties and to the clerk of the 332nd Judicial District Court of Hidalgo County, Texas.

## PRAYER

19. CHC respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. CHC also requests any additional relief for which it may show itself justly entitled.

Respectfully submitted,

**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800 – Phone
(956) 928-9564 – Fax

*/s/ Sofia A. Ramón*
**SOFIA A. RAMÓN**
Fed. ID No. 20871/TSB No. 00784811
sramon@ramonworthington.com
efile@ramonworthington.com
**ATTORNEY IN CHARGE FOR DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE**

**OF COUNSEL:**

**DAN K. WORTHINGTON**
Fed. ID No. 15353/TSB No. 00785282
dworthington@ramonworthington.com
**ELIZABETH SANDOVAL CANTU**
Fed. ID No. 310028/TSB No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800 – Phone
(956) 928-9564 – Fax
**ADDITIONAL COUNSEL FOR
THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS,
A UTAH CORPORATION SOLE**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 28, 2025, a true and correct copy of the foregoing document was served via certified mail, return receipt requested to the following:

Oscar P. Ramirez
LAW OFFICES OF OSCAR P. RAMIREZ, P.C.
817 E. Esperanza Ave.
McAllen, Texas 78501
T: (956) 540-2070
F: (956) 540-2060
E: oramirezatty@hotmail.com
**ATTORNEY FOR PLAINTIFF**

                                                                          */s/ Sofia A. Ramón*
                                                                          Sofia A. Ramón